UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| CARL B. MARSHBURN, III,                )<br>        Plaintiff,                )<br>                                        )<br>   v.                                   )<br>                                        )     **JUDGMENT**<br>MR. MARTIN E. MUNS,                     )<br>M/V DIAMOND CITY, *M/V DIAMOND CITY*    )     No. 2:10-CV-3-D<br>*(O.N. 291370), her boats, tackle, apparel, furniture,*)<br>*engines, fishing history and permits, and*  )<br>*appurtenances, etc... in rem,*         )<br>        Defendants.                   )  | |

**Decision by Court.**

This action came before United States District Judge James C. Dever III for consideration of the plaintiff's motion for default judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for default judgment is GRANTED, and that plaintiff have and recover of defendant Martin E. Muns the sum of two hundred seventy-one thousand one hundred eighty-seven dollars and zero cents ($271,187.00) with interest of 0.23% per annum from the entry of judgment until paid.

**IT IS FURTHER ORDERED** that defendant pay costs in the amount of three thousand five hundred ninety-three dollars and zero cents ($3,593.00).

**This judgment filed and entered on November 5, 2010, and served on:**

Seth Peter Buskirk (via CM/ECF Notice of Electronic Filing)

November 5, 2010                    /s/ Dennis P. Iavarone
                                        Clerk of Court